# GROUP EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| Respondent, | ) |
| v. | ) No. 92CR-22080 |
| | ) Honorable Judge Wilson |
| MARK MAXSON | ) Presiding |
| Petitioner. | ) |

F I L E D
JUDGE THADDEUS L. WILSON-1976
SEP 27 2016
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

## PETITION FOR RELIEF FROM JUDGMENT

Now comes the People of the State of Illinois, by and through their attorney, Anita Alvarez, State's Attorney of Cook County, Illinois, through her assistant, Nancy Adduci, and respectfully move this Honorable Court to vacate the judgment and sentence in the above-captioned matter pursuant to 735 ILCS 5/2-1401. In further support thereof, the People state as follows:

1. The People respectfully request that the matter be reinstated and docketed.
2. Further, the People move to vacate the conviction and sentence and move to *nolle pros* the matter.
3. The People request that the defendant, Mark Maxson, be released immediately from the custody of the Illinois Department of Corrections.

Respectfully submitted,

ANITA ALVAREZ

States Attorney of
Cook County, Illinois

By: *N.A.G. Adduci*

Nancy Adduci
Assistant State's Attorney
Nancy.Adduci@Cookcountyil.gov
Conviction Integrity Unit
2650 S. California
Chicago, IL 60608

2

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| v. ) | No. 92CR-22080 |
| ) | Honorable Judge Wilson |
| MARK MAXSON ) | Presiding |
| Petitioner. ) | |
| ) | |

## ORDER

It is Hereby Ordered that pursuant to the State's motion to reinstate the matter, the conviction and sentence in the above-captioned matter are vacated and it is further ordered that Mark Maxson, Inmate number N10777, be released immediately from the Illinois Department of Corrections.

Entered: _____
Hon. Judge Thaddeus Wilson
Presiding

Date: _____

ENTERED
JUDGE THADDEUS L. WILSON-1976
SEP 27 2016
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
DEPUTY CLERK OF COOK COUNTY, IL

I hereby certify that the document to which this certification is affixed is a true copy.
Date 9-27-16
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL