## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK MAXSON, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| JAMES DWYER, JOHN DUFFY, ) | No. 16 C 9417 |
| WILLIAM MARLEY, ANGELO ) | |
| PESAVENTO, and the CITY OF CHICAGO, ) | Honorable Robert W. Gettleman |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To: CITY OF CHICAGO, JAMES DWYER, JOHN DUFFY, ANGELO PESAVENTO, WILLIAM MARLEY, c/o, Stephen R. Patton, Esq., Corporation Counsel, 121 N. LaSalle Street, Suite 600, Chi, IL

     Please take notice that onThursday, November 17, 2016 at 9:15 a.m., I shall cause to be heard before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703, 219 South Dearborn Street, Chicago, IL, 60604, the attached MOTION FOR DEFAULT JUDGMENT in the above captioned cause.

                                                        /s/ Elliot R. Zinger
                                                          Elliot R. Zinger

### CERTIFICATE OF SERVICE

     I, the undersigned, do hereby declare that on 11/4/16, I caused to be served on the above named parties a copy of MOTION FOR DEFAULT JUDGMENT.

                                                        /s/ Elliot R. Zinger
                                                          Elliot R. Zinger

*Law Offices*
ELLIOT R. ZINGER & ASSOCIATES
309 West Washington Street
Suite 700
Chicago, Illinois 60606
(312) 782-9464