# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# GENERAL ORDER 19-0005

It appearing that Jeffrey I. Cummings has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective February 1, 2019; therefore

It is hereby ordered pursuant to Local Rule 72.1 that Magistrate Judge Cummings is to become the designated magistrate judge in any pending civil or criminal cases where Magistrate Judge Michael T. Mason was the designated magistrate judge as of January 31, 2019; and

It is further ordered that the attached list of civil referral cases pending before Magistrate Judge Mason are hereby transferred to Magistrate Judge Cummings; and

It is further ordered pursuant to Internal Operating Procedure 17, the attached list of civil cases where the parties previously consented to proceed before Magistrate Judge Mason are hereby reassigned to Magistrate Judge Cummings; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Cummings, all hearing dates, deadlines, and schedules set by Magistrate Judge Mason in the attached list of cases are to remain in effect.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this ___1st___ day of February, 2019

1

**Civil Consent Cases to be Reassigned to Magistrate Judge Jeffrey I. Cummings**

| Case Number | Case Title |
| --- | --- |
| 1:12-cv-08165 | Williams v. Wexford Health Sources Inc et al |
| 1:15-cv-07797 | Friendship Village of Mill Creek v. Lend Lease (US) Construction, Inc. |
| 1:16-cv-05151 | Villa et al v. The United States of America |
| 1:16-cv-07015 | Dineen v. Oliver et al |
| 1:17-cv-04559 | Hansen v. Berryhill |
| 1:17-cv-04850 | Wells v. Berryhill |
| 1:17-cv-06552 | Fondriest v. Berryhill |
| 1:17-cv-06597 | Kakoczki v. Berryhill |
| 1:17-cv-06669 | Marshall v. Berryhill |
| 1:17-cv-07537 | Lee v. Berryhill |
| 1:17-cv-07900 | McCary v. Berryhill |
| 1:17-cv-08348 | Stansberry v. Cook County Sheriff Jail et al |
| 1:17-cv-08536 | Wasieleski v. Berryhill |
| 1:17-cv-08607 | Gonzalez v. Colvin |
| 1:17-cv-08732 | The Prudential Insurance Company Of America v. Newman et al |
| 1:17-cv-09113 | Bell v. Social Security Administration |
| 1:18-cv-00236 | Buschman v. Berryhill |
| 1:18-cv-01074 | Cotton v. City of Harvey et al |
| 1:18-cv-01533 | DoAll Company v. Air Industries Mach |
| 1:18-cv-02019 | Kallenborn v. Berryhill |
| 1:18-cv-02098 | Alar v. Berryhill |
| 1:18-cv-02926 | Matthews v. Berryhill |
| 1:18-cv-03046 | Jensen v. Berryhill |
| 1:18-cv-03415 | Keener v. Berryhill |
| 1:18-cv-03711 | Robinson et al v. Berryhill |
| 1:18-cv-03806 | Moody v. Berryhill |
| 1:18-cv-03952 | Grigsby v. Berryhill |
| 1:18-cv-04282 | Jackson National Life Insurance Company v. Kelly et al |
| 1:18-cv-04531 | Romes v. Berryhill |
| 1:18-cv-04759 | Taff v. Berryhill |
| 1:18-cv-04904 | Lopez v. Berryhill |
| 1:18-cv-05457 | Johnson v. Berryhill |
| 1:18-cv-05602 | Colic v. Berryhill |
| 1:18-cv-05891 | Bryant v. Berryhill |
| 1:18-cv-06095 | Schunke v. Commissioner of Social Security |
| 1:18-cv-06377 | Cole v. Traylor et al |
| 1:18-cv-06414 | Eckles v. Berryhill |
| 1:18-cv-06553 | Williams v. Berryhill |
| 1:18-cv-06949 | Marcordes v. Berryhill |
| 1:18-cv-07326 | Cross v. Berryhill |
| 3:18-cv-50136 | Robinson v. Berryhill |

**Civil Referral Cases to be Transferred to Magistrate Judge Jeffrey I. Cummings**

| Case Number | Case Title | District Judge |
|---|---|---|
| 1:13-cv-07998 | Hespe v. City Of Chicago et al | Alonso |
| 1:13-cv-09328 | Donado v. Randle et al | Gettleman |
| 1:14-cv-02556 | Ramos et al. v. Drews et al | Dow |
| 1:14-cv-08708 | Van et al. v. Ford Motor Company | Dow |
| 1:15-cv-09518 | UIRC-GSA Holdings, LLC v. Rainier GSA Portfolio I, LLC | Gettleman |
| 1:15-cv-10463 | B. et al v. Norwood | Kocoras |
| 1:15-cv-11192 | Trahanas v. Northwestern University et al | Tharp |
| 1:16-cv-03096 | Gentleman v. Massachusetts Higher Education Assistance Corporation et al | Coleman |
| 1:16-cv-03371 | Sonrai Systems, LLC et al v. Anthony M. Romano et al | Durkin |
| 1:16-cv-05999 | Scheidt v. Floor Covering Associates, Inc. | Dow |
| 1:16-cv-07319 | Garrit et al v. City of Chicago et al | Gettleman |
| 1:16-cv-09417 | Maxson v. Dwyer et al | Gettleman |
| 1:16-cv-10017 | Foster v. Kononov et al | Tharp |
| 1:16-cv-10495 | Blue Book Services, Inc. v. Amerihua Produce Inc. | Chang |
| 1:17-cv-00040 | Mercado v. Dart et al | Wood |
| 1:17-cv-00212 | Frison v. Obassi et al | Gettleman |
| 1:17-cv-00461 | Leflore v. Aurora Police Dept. et al | Dow |
| 1:17-cv-00891 | Laborers' Pension Fund et al v. GA Paving, LLC et al | Dow |
| 1:17-cv-02027 | Moran v. Calumet City et al | Gettleman |
| 1:17-cv-02440 | Hormoz v. 1-800-Pack-Rat, LLC | Gettleman |
| 1:17-cv-02800 | Raymond Willoughby et al v. Village of Fox Lake et al | Guzman |
| 1:17-cv-04023 | Curtis Turner et al v. The American Bottling Company et al | Feinerman |
| 1:17-cv-04180 | PSB Partners, LLC v. F. Kenneth Bailey, Jr., P.C. et al | Lee |
| 1:17-cv-04423 | MIles v. American Honda Motor Co., Inc. | Gettleman |
| 1:17-cv-05454 | Campbell v. Illinois Depart. of Correction et al | Durkin |
| 1:17-cv-05926 | Berthold, L.L.C. et al v. Reinsurance Group of America, Inc. | Durkin |
| 1:17-cv-06598 | Gavin v. Commander Cincarulo et al | Blakey |
| 1:17-cv-06819 | Melgoza v. Rush University Medical Center | Feinerman |
| 1:17-cv-07087 | Flax v. Artl et al | Feinerman |
| 1:17-cv-07179 | Postle v. Allstate Insurance Company | Alonso |
| 1:17-cv-07376 | Greene v. Bellwood School District 88 et al | Alonso |
| 1:17-cv-07910 | Contreras v. Delitz et al | Durkin |
| 1:17-cv-07943 | Beers vs. Gree USA, Inc. et al | Alonso |
| 1:17-cv-08040 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Edgewater Systems for Balanced Living, Inc. | Gottschall |
| 1:17-cv-08232 | Turf Nation, Inc. v. Vrankin | Gettleman |
| 1:17-cv-08381 | Epic Fresh Produce, LLC v. Olympic Wholesale Produce, Inc., et al. | Dow |
| 1:17-cv-08518 | Jaroch v. Florida Fruit Juices, Inc. et al | Kendall |

| | | |
|---|---|---|
| 1:17-cv-08714 | Gudkovich v. Mayor Office for People with Disabilities et al | Durkin |
| 1:18-cv-00092 | Brown-Lewis v. Laboratory Corporation of America | Aspen |
| 1:18-cv-00399 | Turpial Enterprises v. Pro Star Freight Systems Inc | Durkin |
| 1:18-cv-01234 | Peck et al v. olympia construction group, Inc., an Illinois corporation et al | Gettleman |
| 1:18-cv-02886 | Olympia Construction Group, Inc. v. Peck | |
| 1:18-cv-01526 | Molinari v. Financial Asset Management Systems, Inc. | Ellis |
| 1:18-cv-02186 | Reed-McLaren v. Fay Servicing, LLC | Feinerman |
| 1:18-cv-02560 | Bazer v. Brew Dr. Kombucha, LLC | Alonso |
| 1:18-cv-02951 | Acevedo v. Staffing Network, LLC | Wood |
| 1:18-cv-03018 | Global Development Management, Ltd. v. Forman Realty Corporation | Gettleman |
| 1:18-cv-03202 | Alexander et al v. Great American Foods, Inc. et al. | Coleman |
| 1:18-cv-03392 | Emalfarb v. Fasseas | Guzman |
| 1:18-cv-03861 | Shorter v. Board of Trustee of Community College District #508 | Tharp |
| 1:18-cv-03979 | Berger v. Walmart | Lee |
| 1:18-cv-04474 | Murphy v. City of Markham | Wood |
| 1:18-cv-04613 | Rongey v. Anselmo Lindberg & Associates LLC | Alonso |
| 1:18-cv-04767 | Prebe v. Northern Illinois Clinical Laboratory Ltd. | Guzman |
| 1:18-cv-04886 | Reihart v. Village of Hanover Park, Illinois | Alonso |
| 1:18-cv-04974 | Dawood v. AT&T (Illinois Bell) | Ellis |
| 1:18-cv-05232 | Perez v. Martinez et al | Bucklo |
| 1:18-cv-06599 | Jones v. Chicago Housing Authority et al | Lee |
| 1:18-cv-06669 | Hyer Standards LLC v. Super G Capital LLC et al | Kocoras |
| 1:18-cv-07702 | Popovich v. Dart Container Corporation of Illinois | Bucklo |
| 1:18-cv-02886 | Olympia Construction Group, Inc. v. Peck | Gettleman |
| 1:18-cv-03018 | Global Development Management, Ltd. v. Forman | Gettleman |
| 1:18-cv-03202 | Alexander et al v. Great American Foods, Inc. et al. | Coleman |
| 1:18-cv-03392 | Emalfarb v. Fasseas | Guzman |
| 1:18-cv-03861 | Shorter v. Board of Trustee of Community College District #508 | Tharp |
| 1:18-cv-04184 | Bernadi v. Platinum Restaurant LLC | Tharp |
| 1:18-cv-04613 | Rongey v. Anselmo Lindberg & Associates LLC | Alonso |
| 1:18-cv-04767 | Prebe v. Northern Illinois Clinical Laboratory Ltd. | Guzman |
| 1:18-cv-04886 | Reihart v. Village of Hanover Park, Illinois | Alonso |
| 1:18-cv-04974 | Dawood v. AT&T (Illinois Bell) | Ellis |
| 1:18-cv-05118 | Cuellar et al v. City Of Oak Forest et al | Tharp |
| 1:18-cv-05467 | Robinson v. Menard, Inc. | Coleman |
| 1:18-cv-05553 | Bradley v. Williamson | Bucklo |
| 1:18-cv-05556 | Granat v. Readerlink Distribution Services, LLC. | Coleman |
| 1:18-cv-05633 | Rice v. Zoll Medical Corporation et al | Coleman |
| 1:18-cv-05840 | Schmitt v. Adlai E. Stevenson High School District 125 | Alonso |
| 1:18-cv-05872 | First Midwest Bank v. RMG Sports Group LLC et al | Guzman |

| | | |
|---|---|---|
| 1:18-cv-05946 | Johnson et al v. City of Yorkville et al | Alonso |
| 1:18-cv-05982 | Automobile Mechanics' Local No. 701 Union and Industry Pension Fund et al v. Daimler Trucks North America, LLC | Alonso |
| 1:18-cv-06007 | Meridian Laboratories Inc v. OncoGenerix USA, Inc | Alonso |
| 1:18-cv-06362 | Mysliwiec v. Franklin Collection Service, Inc. | Alonso |
| 1:18-cv-06054 | Palmer v. City of Chicago et al | Gettleman |
| 1:18-cv-06116 | Chicago Premium Outlets, LLC v. Beretta U.S.A. Corp. | Coleman |
| 1:18-cv-06761 | Contreras et al v. National Restorations, Inc. et al | Alonso |
| 1:18-cv-06797 | Mitsui Sumitomo Insurance Co., Ltd. v. All Nippon Airways Co., Ltd. | Alonso |
| 1:18-cv-07403 | Taylor v. Kilmer et al | Alonso |
| 1:18-cv-07550 | De Jesus v. FCC Finance, LLC | Tharp |
| 1:18-cv-07702 | Popovich v. Dart Container Corporation of Illinois | Bucklo |
| 1:18-cv-07710 | Heaton v. GC Services Limited Partnership | Wood |
| 1:18-cv-08052 | Midwest Operating Engineers Welfare Fund et al v. D.C.S. Trucking Co. | Bucklo |
| 1:19-cv-0458 | Donoff v. Delta Air Lines | Alonso |