IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK MAXSON, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JAMES DWYER, JOHN DUFFY, | ) | No. 16 C 9417 |
| WILLIAM MARLEY, ANGELO | ) | |
| PESAVENTO, and the CITY OF CHICAGO, | ) | Honorable Robert W. Gettleman |
| | ) | |
|     Defendants. | ) | Hon. Mag. Jeannice W. Appenteng |

### MOTION FOR EXTENSION OF TIME TO DEPOSE DEFENDANTS' EXPERT WITNESSES

NOW COMES MARK MAXSON, by and through his attorneys, ELLIOT R. ZINGER, Esq. and LARRY M. DREYFUS, Esq., and presents his MOTION FOR EXTENSION OF TIME TO DEPOSE DEFENDANTS' EXPERT WITNESSES, and in support thereof states as follows.

1. Plaintiff was to have deposed the four expert witnesses disclosed by Defendants by May 22, 2024. Plaintiff has spent a considerable amount of time reviewing all of the Defendants' expert disclosures and receiving feedback from their own experts in regards thereto. No depositions of Defendants' experts have been completed as of today's date.

2. An April deposition date was offered for one of Defendants' experts, but that date was not suitable, because both of the attorneys for Plaintiff were engaged in a double homicide trial, *People v. Reed,* 90 CR 25846, which concluded on April 18, 2024. That case was extremely complicated and required reinvestigation of events that occurred many years ago.

3. As soon as the trial was over, Plaintiff's counsel reached out to Defendants' counsel to request new deposition dates. Defendants' counsel proposed dates in May for several of their experts.

4. The parties have scheduled the deposition of Defendants' Police procedure expert, Rich Rudolph, for May 14, 2024.

5. The parties have scheduled the expert deposition of a second expert, Dr. Michael Welner, for June 11, 2024.

6. Scheduling depositions of Defendants' experts has been difficult considering Plaintiff's counsel's professional trial commitments. In addition to the trial Plaintiff's counsel just completed, Plaintiff's counsel has a murder jury trial beginning on May 20, 2024 entitled *People v. Johnson*, 18 CR 60268 01, another murder jury trial in Peoria on June 17, 2024 entitled *People v. Brown*, 15 CF 484 and another murder jury trial on July 8, 2024 entitled *People v. Owens*, 18 CR 0508.

7. Plaintiff is requesting to extend Expert Discovery so that he has sufficient time to depose the Defendants' four (4) retained experts. Plaintiff seeks an extension of 75 days, until, August 6, 2024.

8. The reason for this extension request lies not only in counsel's trial schedule, but also that Defendants disclosed two additional experts in two disciplines not yet addressed. These two Defendants' disclosed experts will require Plaintiff to retain a consulting counter expert, as these two experts have introduced new subject matter (DNA and Forensic Pathology) into the case.

9. Plaintiff's counsel has met and conferred extensively about Plaintiff's request for an extension with counsel for the City of Chicago, David Brueggen, and counsel for the individual officers, Anthony Zecchin. Defendants do not oppose Plaintiff's request for an extension. Such meet and confer took place April 22-24, 2024 in the parties efforts to timely submit our Joint Status Report, and just prior to presentment of this Motion on May 3, 2024. In efforts to be fair

and reasonable, Plaintiff has also not opposed similar requests by Defendants to extend discovery of Plaintiff's two expert witnesses.

Wherefore, Plaintiff requests that his MOTION FOR EXTENSION OF TIME TO DEPOSE DEFENDANTS' EXPERT WITNESSES, extending the time for expert depositions to be until, August 6, 2024, be granted.

                                                s/s Elliot R. Zinger
                                                ELLIOT R. ZINGER

                                                s/s Larry M. Dreyfus
                                                LARRY M. DREYFUS

ELLIOT R. ZINGER P.C.
2040 North Harlem Ave.
Elmwood Park, Illinois 60707
(312) 782-94642

By: /s/ Larry M. Dreyfus
One Of Mark Maxson's Attorneys
Larry M. Dreyfus, Esq. Attorney At Law
102 Camino Barranca Placitas, NM 87043 312-787-5524