### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARK MAXSON, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JOHN DUFFY, WILLIAM MARLEY, | ) | No. 16 C 9417 |
| ANGELO PESAVENTO, and the | ) | |
| CITY OF CHICAGO, | ) | Honorable Robert W. Gettleman |
| | ) | |
|     Defendants. | ) | Hon. Jeannice W. Appenteng |

### JOINT STATUS REPORT

Pursuant to this Honorable Court's Order entered on April 25, 2024 (Dkt.#294), the Parties through their respective counsel, submit the following status report regarding the progress of expert discovery:

1. On May 7, 2024 the Court granted Plaintiff's motion to extend the time he has to depose Defendants' experts in light of his attorneys having three state murder cases set for trial during the next few months. Plaintiff is to complete the depositions of Defendants' experts by August 6, 2024. (Dkt. 297)

2. Regarding the remaining expert discovery:

    a) The Parties agreed to proceed with the deposition of Defendants' police practices expert, Rich Rudolph, on May 14. On May 9, 2024, Plaintiff cancelled the deposition because he elected not to depose Mr. Rudolph.

    b) The Parties have agreed to proceed with the deposition of Defendants' confession expert, Dr. Michael Welner, on June 11, 2024.

    c) Defendants have offered the following dates for the deposition of Defendants' DNA expert, Lucy Davis: June 17-20, 2024.

    d) Defendants have offered the following dates for the deposition of Defendants' expert forensic pathologist, Dr. Carl Wigren: June 12-14, 2024.

  e) Plaintiff's counsel is unable to do the depositions of Ms. Davis and Dr. Wigren on those dates because of prior commitments and has suggested those depositions be conducted between June 28 through July 19, on a date and time mutually agreeable to the parties and the witness. Defendants will confer with the respective witnesses as to their availability during that time frame and coordinate with Plaintiff's counsel.

3. Regarding the deposition of Plaintiff's 404 (b) witness, Aaron Patterson, who is in Federal custody, Defendants are in contact with Patterson's attorney who is seeking available dates and times from the Federal Bureau of Prisons. The Parties and Patterson's attorney will coordinate with the Federal Bureau of Prisons to schedule a mutually agreeable date for the deposition which is expected to take place in late June 2024.

4. Plaintiff has hired two additional consulting experts and believes it will be necessary to hire a third. Plaintiff's position is that these additional consulting experts were required since the Defendants produced expert reports containing new and complex subject matter, not previously dealt with. Defendants agree that Plaintiff did not disclose a DNA or forensic pathology expert but dispute that these are new subject matters in this murder case. Plaintiff believes it's likely that rebuttal experts may be necessary. Defendants state that there is no rebuttal expert schedule and so the Court will need to amend the expert schedule if rebuttal experts are allowed.

5. The parties continue to cooperate in all respects to complete Defendants' expert depositions in a timely manner.

6. Plaintiff has made an updated settlement demand. Defendants have evaluated Plaintiff's demand and have obtained settlement authority. The parties are discussing whether a settlement conference would be beneficial and will contact the Court if they would like to schedule a settlement conference.

Dated: May 22, 2024           Respectfully submitted,

| | |
|---|---|
| By: */s/ Elliot R. Zinger*<br>One Of Mark Maxson's Attorneys<br><br>Elliot R. Zinger, Esq.<br>ELLIOT R. ZINGER P.C.<br>2040 North Harlem Ave.<br>Elmwood Park, Illinois 60707<br>(312) 782-94643<br>Ezingerlaw@yahoo.com | HALE & MONICO, LLC<br>By: */s/ Anthony E. Zecchin*<br>One of the attorneys for the Defendant Officers<br><br>Andrew M. Hale<br>Jennifer Bitoy<br>Barrett Boudreaux<br>Anthony E. Zecchin<br>**Hale & Monico LLC**<br>53 W. Jackson Blvd, Suite 334<br>Chicago, IL 60604<br>azecchin@halemonico.com |
| */s/ Larry M. Dreyfus*<br>One Of Mark Maxson's Attorneys<br><br>Larry M. Dreyfus, Esq.<br>Attorney At Law<br>102 Camino Barranca<br>Placitas, NM 87043<br>312-787-5524<br>DreyfusLaw@mac.com | By: */s/ David A. Brueggen*<br>Special Assistant Corporation Counsel for Defendant City of Chicago<br><br>James G. Sotos<br>Joseph M. Polick<br>David A. Brueggen<br>**THE SOTOS LAW FIRM, P.C.**<br>141 W. Jackson Blvd.,<br>Suite 1240A<br>Chicago, IL 60604<br>(630) 735-3300<br>dbrueggen@jsotoslaw.com |