IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK MAXSON, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JAMES DWYER, JOHN DUFFY, | ) | No. 16 C 9417 |
| WILLIAM MARLEY, ANGELO | ) | |
| PESAVENTO, and the CITY OF CHICAGO, | ) | Honorable Robert W. Gettleman |
| | ) | |
|       Defendants. | ) | Hon. Mag. Jeannice W. Appenteng |

## JOINT STATUS REPORT

Pursuant to this Honorable Court's Order, the parties through their respective counsel, herein file their JOINT STATUS REPORT, and state as follows:

1. The deposition of Aaron Patterson has been indefinitely postponed because of an unforeseen event involving Mr. Patterson[1] and his his availability is not certain. The parties will work to find a mutually agreeable date once it has been determined that Mr. Patterson's deposition can proceed.

2. Plaintiff has completed the deposition of Dr. Michael Welner on June 11, 2024.

3. Plaintiff has declined to take the deposition of Defendant's DNA expert Lucy Davis.

4. Plaintiff has retained a rebuttal expert to review the expert report of Dr. Carl Wigren. That rebuttal expert has not yet provided a final report. Consequently, the proposed date for Dr. Wigren's deposition, which was scheduled for July 31st, had to be postponed. Defendants state that there is no rebuttal expert schedule and so the Court will need to amend the expert schedule if rebuttal experts are allowed. Defendants reserve the right to object to any rebuttal expert called by Plaintiff.

5. Plaintiff has completed his Settlement Demand Letter and will file it on time on July 10, 2024.

6. Because of trial demands, Plaintiffs missed filing this Joint Status Report on July 8th, and respectfully requests it be allowed to be filed instanter.

7. The parties continue to cooperate with all expert discovery in a timely manner.

---

1 The parties can provide the Court with more information, but believe this information should not be included in this Joint Status Report because of privacy concerns.

Respectfully submitted by,          Dated: July 9, 2024

By: /s/ *Elliot R. Zinger*
One Of Mark Maxson's Attorneys
ELLIOT R. ZINGER, ESQ.
ELLIOT R. ZINGER P.C.
2040 North Harlem Ave.
Elmwood Park, Illinois 60707
(312) 782-94642
 Attorney No. 52885

By: /s/ *Larry M. Dreyfus*
One Of Mark Maxson's Attorneys

LARRY M. DREYFUS, Esq.
Attorney At Law
102 Camino Barranca
Placitas, NM 87043
312-787-5524
Attorney No. 23742

By: /s/ *Anthony E. Zecchin*
One of the attorneys for the Defendant Officers

Andrew M. Hale
Jennifer Bitoy
Brian J. Stefanich
Barrett Boudreaux
Hannah Beswick-Hale
Anthony E. Zecchin
**Hale & Monico LLC**
53 W. Jackson Blvd, Suite 334
Chicago, IL 60604
(312) 341-9646

By: */s/ David A. Brueggen*
Special Assistant Corporation Counsel for
Defendant City of Chicago

James G. Sotos
Joseph M. Polick
David A. Brueggen
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
(630) 735-3300