**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARK MAXSON, | ) | |
|           Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JAMES DWYER, JOHN DUFFY, | ) | No. 16 C 9417 |
| WILLIAM MARLEY, ANGELO | ) | |
| PESAVENTO, and the CITY OF CHICAGO, | ) | Honorable Robert W. Gettleman |
| | ) | |
|           Defendants. | ) | Hon. Mag. Judge Jeffrey Cummings |

### JOINT STATUS REPORT

Pursuant to this Honorable Court's Order, the parties through their respective counsel, herein file their JOINT STATUS REPORT, and state as follows:

1. Plaintiff has disclosed his Rebuttal Witness, Dr. Bao, to Defendant's expert, Dr. Wigren. Defendants have notified Plaintiff that they will not be deposing Dr. Bao.

2. Since the last Joint Status Report of August 8, 2024, the parties have focused on trying to reach a settlement. Pursuant to this effort, each side has provided a letter to the Court, as provided in the Standing Order For Settlement Conferences. In addition, the Court has communicated telephonically with each side. As a result, the parties have begun to narrow the gap between Plaintiff's demand and Defendants' settlement offer. Additionally, Plaintiff and Defendants have exchanged correspondence on the subject.

3. The parties agree that expert discovery has concluded.

4. The parties will be seeking a schedule for dispositive motions after the settlement conference has concluded.

Dated: September 10, 2024

                                                                                                                              Respectfully Submitted,

By:  /s/ *Elliot R. Zinger*                           By:  /s/ *Larry M. Dreyfus*
*Attorneys for Plaintiff*                                        *Attorneys for Plaintiff*

ELLIOT R. ZINGER, ESQ.
ELLIOT R. ZINGER P.C.
2040 North Harlem Ave.
Elmwood Park, Illinois 60707
(312) 782-94642
ezingerlaw@yahoo.com

By: /s/ *David A. Brueggen*
*Special Assistant Corporation Counsel for Defendant City of Chicago*

James Gus Sotos
David Andrew Brueggen
Joseph M. Polick
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jsotos@jsotoslaw.com
dbrueggen@jsotoslaw.com
jpolick@jsotoslaw.com
vstubbe@jsotoslaw.com

Larry M Dreyfus
Larry M. Dreyfus, Esq.
Attorney at Law
102 Camino Barranca
Placitas, New Mexico 87043
(312) 787-5524
dreyfuslaw@mac.com

By: /s/ *Barrett E. Boudreaux*
*Special Assistant Corporation Counsel for Defendant John Duffy, William Marley, Angelo Pesavento*

Andrew M. Hale
Anthony E. Zecchin
Barrett Elizabeth Boudreaux
Hannah Beswick-Hale
Hale & Monico LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
T: (312) 341-9646
F: (312) 341-9656
andy@halemonico.com
azecchin@halemonico.com
bboudreaux@halemonico.com
hannah@halemonico.com