**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Mark Maxson
                         Plaintiff,

v.                                                         Case No.: 1:16–cv–09417
                                                        Honorable Robert W. Gettleman

James Dwyer, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 4, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Agreed motion to dismiss [330] is granted. On Stipulation of the parties, this case is dismissed without prejudice with leave to reinstate on or before 4/21/2025. If a motion to reinstate is not filed on or before 4/21/2025, the dismissal will automatically convert to with prejudice without further order of court. Each side shall bear its own costs and attorneys' fees. Telephonic hearing set for 2/18/2025 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.